**DISMISS and Opinion Filed August 29, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00655-CV

**THE REDEEMED CHRISTIAN CHURCH OF GOD – NEW LIFE AND JAMES FADEL, Appellants**

**V.**

**BHAGAT HOLDINGS, LTD., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-21172**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Appellants' brief in this case is overdue. By postcard dated July 26, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

                                              /Nancy E. Kennedy/
                                              NANCY KENNEDY
                                              JUSTICE

240655F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE REDEEMED CHRISTIAN CHURCH OF GOD – NEW LIFE AND JAMES FADEL, Appellants

No. 05-24-00655-CV        V.

BHAGAT HOLDINGS, LTD., Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-21172. Opinion delivered by Justice Kennedy. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 29, 2024